# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEILANI LOREN SLAGEL,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No.  1:13-cv-00857-SAB<br><br>ORDER REMANDING ACTION TO COMMISSIONER OF SOCIAL SECURITY<br><br>(ECF No. 14) |

Plaintiff Leilani Loren Slagel filed this action for review of the final decision of the Social Security Commission on June 4, 2013.  On November 1, 2013, the parties filed a stipulation for remand pursuant to sentence six of 42 U.S.C. § 405(g).

Based upon the parties' stipulation, and for cause shown, IT IS ORDERED that the above-captioned action be remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the stipulation for remand.  The Clerk of the Court is DIRECTED to close this action.

IT IS SO ORDERED.

Dated:   **November 4, 2013**

UNITED STATES MAGISTRATE JUDGE

1