BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration
ANNABELLE J. YANG
Special Assistant United States Attorney

   160 Spear Street, Suite 800
   San Francisco, California 94105
   Telephone:  (415) 977-8946
   Facsimile: (415) 744-0134
   E-Mail:  Annabelle.Yang@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

LEILANI LOREN SLAGEL,

        Plaintiff,

        v.

CAROLYN W. COLVIN,
Acting Commissioner
of Social Security,

        Defendant.

Case No.  1:13-CV-00857-SAB

ORDER FOR REMAND

Based upon the parties' Stipulation for Remand Pursuant to Sentence Six of 42 U.S.C. § 405(g), and for cause shown, IT IS ORDERED that the above-captioned action be remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation for Remand.

IT IS SO ORDERED.

Dated:  **November 1, 2013**

                      UNITED STATES MAGISTRATE JUDGE