# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEILANI LOREN SLAGEL,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. 1:13-cv-00857-SAB<br><br>ORDER RE STIPULATION FOR EXTENSION OF TIME<br><br>(ECF No. 20) |

On May 18, 2016, Plaintiff filed a stipulation requesting an extension of time to serve the Commissioner with a confidential letter brief as required by the Court's scheduling order. Pursuant to the stipulation, Plaintiff will serve the Commissioner with a confidential letter brief on or before **May 23, 2016**.

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that Plaintiff's confidential letter brief shall be served on or before **May 23, 2016.** All other dates in the scheduling order are extended accordingly.

IT IS SO ORDERED.

Dated:   **May 20, 2016**

UNITED STATES MAGISTRATE JUDGE

1