PHILLIP A. TALBERT
Acting United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
ANNABELLE J. YANG
Special Assistant United States Attorney

    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8946
    Facsimile: (415) 744-0134
    E-Mail: Annabelle.Yang@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FRESNO DIVISION**

| | |
|---|---|
| LEILANI LOREN SLAGEL, )<br>                            )<br>        Plaintiff, )<br>                            )<br>   v.                )<br>                            )<br>CAROLYN W. COLVIN, )<br>Acting Commissioner )<br>of Social Security, )<br>        Defendant. )<br>                            )<br>_____ ) | Case No. 1:13-CV-00857-SAB<br><br>STIPULATION FOR REMAND<br>PURSUANT TO SENTENCE FOUR<br>OF 42 U.S.C. § 405(g) |

     IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner has agreed to a voluntary remand of this case for further administrative proceedings pursuant to sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

     Upon remand, the Office of Disability Adjudication and Review will remand this case to an Administrative Law Judge (ALJ) and direct him or her to re-evaluate Plaintiff's subjective complaints. The Appeals Council will also instruct the ALJ to evaluate whether Plaintiff has the residual functional capacity to perform a significant number of jobs in the national economy and, if appropriate, obtain supplemental vocational expert testimony to assist in determining what

jobs exist, if any, for Plaintiff given his age, education, vocational factors, and residual functional capacity. The ALJ will take any further action the ALJ deems necessary to develop the record and issue a new decision. Remand will be limited to the period before January 26, 2011, the date on which Plaintiff was previously found disabled.

Dated: June 27, 2016

Respectfully submitted,

*/s/ Young Cho\**
YOUNG CHO
(*as authorized via email)
Attorney at Law

Attorney for Plaintiff

Dated: June 27, 2016

Respectfully submitted,

PHILLIP A. TALBERT
Acting United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration

*/s/ Annabelle J. Yang*
ANNABELLE J. YANG
Special Assistant United States Attorney
Attorneys for Defendant

## ORDER

Based upon the parties' IT IS ORDERED that the above-captioned action be remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation for Remand.

IT IS SO ORDERED.

Dated: __**June 27, 2016**__

UNITED STATES MAGISTRATE JUDGE